IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Vonil, Roosevelt K | Case Number: 06 B 09467 |
|---|---|---|
| | Vonil, Anita M | Judge: Wedoff, Eugene R |
| | Printed: 03/10/09 | Filed: 8/4/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: September 18, 2008
Confirmed: December 21, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 35,550.00 |  |
| Secured: |  | 21,901.99 |
| Unsecured: |  | 1,870.17 |
| Priority: |  | 8,360.94 |
| Administrative: |  | 1,500.00 |
| Trustee Fee: |  | 1,914.07 |
| Other Funds: |  | 2.83 |
| Totals: | 35,550.00 | 35,550.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 1,500.00 | 1,500.00 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 446.94 | 446.94 |
| 4. | General Motors Acceptance Corp | Secured | 8,230.71 | 8,230.71 |
| 5. | James M Philbrick | Secured | 500.00 | 500.00 |
| 6. | Select Portfolio Servicing | Secured | 12,724.34 | 12,724.34 |
| 7. | Internal Revenue Service | Priority | 8,360.94 | 8,360.94 |
| 8. | General Motors Acceptance Corp | Unsecured | 0.00 | 0.00 |
| 9. | American Express Travel Relate | Unsecured | 89.21 | 0.00 |
| 10. | American General Finance | Unsecured | 346.38 | 99.38 |
| 11. | Capital One | Unsecured | 215.17 | 61.74 |
| 12. | JP Morgan Chase Bank | Unsecured | 660.52 | 189.51 |
| 13. | ECast Settlement Corp | Unsecured | 685.00 | 196.54 |
| 14. | RJM Acquisitions LLC | Unsecured | 9.23 | 0.00 |
| 15. | Internal Revenue Service | Unsecured | 700.84 | 201.08 |
| 16. | Discover Financial Services | Unsecured | 464.66 | 133.32 |
| 17. | RoundUp Funding LLC | Unsecured | 669.97 | 192.23 |
| 18. | Portfolio Recovery Associates | Unsecured | 878.77 | 252.14 |
| 19. | US Bank | Unsecured | 1,123.89 | 322.47 |
| 20. | American General Finance | Unsecured | 669.09 | 191.97 |
| 21. | American Express Centurion | Unsecured | 347.43 | 0.00 |
| 22. | Capital One | Unsecured | 103.84 | 29.79 |
| 23. | Biehl & Biehl | Unsecured |  | No Claim Filed |
| 24. | Bureau Of Collection Recovery | Unsecured |  | No Claim Filed |
| 25. | American Medical Collection | Unsecured |  | No Claim Filed |
| 26. | Blockbuster Video | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Vonil, Roosevelt K | Case Number: 06 B 09467 |
|---|---|---|
| | Vonil, Anita M | Judge: Wedoff, Eugene R |
| | Printed: 03/10/09 | Filed: 8/4/06 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Capital One | Unsecured | | No Claim Filed |
| 28. | Chicago Tribune | Unsecured | | No Claim Filed |
| 29. | Credit Collection | Unsecured | | No Claim Filed |
| 30. | Direct Merchants | Unsecured | | No Claim Filed |
| 31. | Citgo Petroleum Corp | Unsecured | | No Claim Filed |
| 32. | Jefferson Capital | Unsecured | | No Claim Filed |
| 33. | GC Services | Unsecured | | No Claim Filed |
| 34. | Spiegel | Unsecured | | No Claim Filed |
| 35. | Mercy Medical Center | Unsecured | | No Claim Filed |
| 36. | Risk Management Alternatives | Unsecured | | No Claim Filed |
| 37. | Freedman Anselmo Lindberg | Unsecured | | No Claim Filed |
| 38. | SBC | Unsecured | | No Claim Filed |
| 39. | United Compucredit Collection | Unsecured | | No Claim Filed |
| 40. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| | | | $ 38,726.93 | $ 33,633.10 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 11.93 |
| 4.8% | 557.35 |
| 5.4% | 959.85 |
| 6.5% | 384.94 |
| | $ 1,914.07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: